# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV11-6193 JAK (CWx) | Date | October 5, 2011 |
|---|---|---|---|
| Title | Elizabeth Amaya v. Laurel Vogel | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Defendants: | Attorneys Present for Plaintiffs: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF SUBJECT MATTER JURISDICTION**

This matter is set for a scheduling conference on October 17, 2011. Upon review of Defendant's Notice of Removal and the Verified Superior Court Complaint attached to it (Amaya v. Vogel, No. 11U90638), the Court finds that there is no adequate showing of a basis for federal jurisdiction. Thus, with respect to Defendant's claim of federal question jurisdiction, the Complaint states only one cause of action for unlawful detainer. That cause of action does not appear to fit within the parameters of 28 U.S.C. § 1331. Further, with respect to a claim of diversity jurisdiction, according to the present submission, both parties are alleged to be citizens of the State of California and the amount demanded in the complaint does not exceed $75,000. (As to the amount in controversy, the Verified Complaint states that the "[A]MOUNT DEMANDED DOES NOT EXCEED $10,000.") Accordingly, for each of these independent reasons, this Court does not appear to have jurisdiction pursuant to 28 U.S.C. § § 1331-32.

As a result of the failure of Defendant to establish a basis for this Court's jurisdiction, the Court, on its own motion, issues an Order to Show Cause re: Dismissal for Lack of Jurisdiction, and sets it for hearing on October 17, 2011 at 1:30 p.m. If Defendant contends that there is a basis for federal jurisdiction in this matter, Defendant shall file a memorandum (not to exceed five pages), together with any supporting evidentiary materials, on or before October 11, 2011. If Defendant makes a filing, Plaintiff shall file a responsive memorandum (not to exceed five pages), together with any supporting evidentiary materials, on or before October 13, 2011. If Defendant does not make a timely filing in response to this Order, this matter shall be remanded to the Superior Court of California, County of Los Angeles, West Covina Judicial District and the scheduling conference set for October 17, 2011 shall be taken off calendar.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | ak | |